# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2329
_____

KENNETH KYLE DEAS,

   Appellant,

v.

KELSI DEAS, & on behalf of
K.K.D., K.W.D., K.A.D.,

   Appellees.

_____


On appeal from the Circuit Court for Gilchrist County.
Sean Brewer, Judge.

June 30, 2026


PER CURIAM.

   AFFIRMED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Kenneth Kyle Deas, pro se, Appellant.

No appearance for Appellees.